of Appeals for the Ninth Circuit granted. *Mr. Ernest C. Carman* for petitioner. *Messrs. U. S. Webb* and *H. H. Linney* for respondent.

No. 964. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WIESE. See *ante,* p. 614.

No. 1037. NATIONAL PAPER PRODUCTS CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 1038. ZELLERBACH PAPER CO. *v.* SAME. June 4, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. John Francis Neylan* and *J. Paul Miller* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 1039. ZELLERBACH PAPER CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 1040. ZELLERBACH PAPER CO., TRANSFEREE, *v.* SAME; and

No. 1041. NATIONAL PAPER PRODUCTS CO. *v.* SAME. June 4, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. John Francis Neylan* and *J. Paul Miller* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 1033. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* PINKSTON. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Thomas Stevenson* for

622

petitioners. *Mr. James R. Garfield* for respondent. ■

No. 885. SILSBY *v.* LOUISIANA. See *ante,* p. 599.

No. 862. BRAVERMAN *v.* TERRILL BOND & MORTGAGE Co. ET AL. See *ante,* p. 600.

No. 860. FINE *v.* UNITED STATES. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Lawrence M. Fine, pro se.* No appearance for the United States. ■

No. 872. MARSHALL *v.* NEW YORK. April 2, 1934. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. John Marshall, pro se.* No appearance for respondent.

No. 679. RUBIO *v.* SOTTO. April 2, 1934. Petition for writ of certiorari to the Supreme Court of the Philippine Islands, and motion for leave to proceed further *in forma pauperis,* denied. *Elizabeth Rubio, pro se.* No appearance for respondent.

No. 884. PREVETTE, ADMINISTRATOR, ET AL. *v.* UNITED STATES. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and